UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
                                                  :
    DEIDRE RUTH JONES             : Bankruptcy No.  09-18496SR
                                                  :
    Debtor(s)                     : Chapter 13

### TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE PURSUANT TO 11 U.S.C. SECTIONS 105 and 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.    Your Movant is Frederick L. Reigle, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.    The within case was commenced by the filing of a Chapter 13 bankruptcy petition on November 4, 2009.

3.    The debtor has filed four prior bankruptcy cases, either individually or jointly with a spouse, as follows:

    (1)  Case number 93-13542BIF, Chapter 13, filed by Tyrone and Deidre Carter on June 11, 1993.  The case was dismissed on the Trustee's Motion to Dismiss on October 25, 1994.

    (2)  Case number 99-18146BIF, Chapter 13, filed by Deidra Ruth Carter on June 25, 1999.  The case was dismissed on the Trustee's Motion to Dismiss on May 24, 2000.

    (3)  Case number 01-13135DWS, Chapter 13, filed by Deidre Ruth Jones Carter-Thomas a/k/a Deirdre Ruth Jones a/k/a Deidre Ruth Jones Carter a/k/a Deirdre Ruth Jones Thomas a/k/a Deirdre Ruth Jones Carter-Thomas a/k/a Deirdre R. Thomas on March 6, 2001.  The case was dismissed on the Trustee's Motion to Dismiss on August 23, 2001.

    (4)  Case number 09-12071SR, Chapter 13, filed by Deidre Ruth Jones a/k/a Deidre R. Carter Jones a/k/a Deidre R. Carter-Jones on March 24, 2009.  The case was dismissed on the Trustee's Motion to Dismiss on October 28, 2009 due to feasibility & underfunding.

4.    In the within case, the debtor has failed to commence or continue making timely payments to the Trustee as required by 11 U.S.C. Section 1326.

5.      In the within case, the debtor failed to appear at the first meeting of creditors on February 19, 2010 as required by 11 U.S.C. Section 341.

6.      The Trustee believes and therefore avers that the within case has been filed in bad faith based upon the prior and current filings.

WHEREFORE, Frederick L. Reigle, Esq., Standing Chapter 13 Trustee, respectfully requests that, pursuant to 11 U.S.C. Sections 105 and 1307, the Court enter an Order dismissing this case with prejudice and barring the debtor from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court.

Respectfully submitted,

Date:  March 26, 2010

*/s/ Polly A. Langdon*
Polly A. Langdon, Esq.
for
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, Pennsylvania 19606
Telephone:  (610) 779-1313