UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
   DEIDRE RUTH JONES                               : Bankruptcy No. 09-18496SR
                                                    :
              Debtor(s)                              : Chapter 13

## ORDER

AND NOW, this 14th day of April, 2010, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court.

FOR THE COURT

Stephen Raslavich, B.J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Erik B. Jensen, Esq.
1528 Walnut Street, Suite 1401
Philadelphia, PA 19102

Deidre Ruth Jones
14 Huntingdon Court
Boothwyn, PA 19061

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107